UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SOLIS, | 1:05-CV-0498 OWW LJO HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. #15] |
| v. | |
| | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| C. M. HARRISON, Warden, | |
| | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 15, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed for failure to exhaust state remedies. On November 30, 2005, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On January 13, 2006, Petitioner filed a document entitled "Missing Notice" in which Petitioner stated that he never received a copy of the Magistrate Judge's Findings and Recommendation. Petitioner declared he was not given an opportunity to file objections and

1  requested that the Court give him an opportunity. Therefore, on February 16, 2006, Petitioner's
2  "Missing Notice" was construed as a motion for reconsideration pursuant to Federal Rules of Civil
3  Procedure § 60(b), and said motion was granted. Petitioner was granted thirty (30) days to file
4  objections. The order was served on Petitioner along with a copy of the September 15, 2005,
5  Findings and Recommendation. Over thirty (30) days have passed, and Petitioner has failed to
6  respond in any manner.
7         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
8  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
9  and Recommendation is supported by the record and proper analysis.
10        Accordingly, IT IS HEREBY ORDERED that:
11        1. The Findings and Recommendation issued September 15, 2005, is ADOPTED IN FULL;
12        2. The petition for writ of habeas corpus is DISMISSED without prejudice; and
13        3. The Clerk of the Court is DIRECTED to enter judgment.
14  IT IS SO ORDERED.
15  **Dated:   March 31, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE