UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA




FILED
DEC 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ARMANDO SOLIS,

    PETITIONER,

vs.

C.M. HARRISON,

    RESPONDENT,
_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:05-CV-00498 OWW/WMW HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

X Denied for the following reason:
No basis for delay in the state court system.
No basis for equitable tolling.

_____

Dated: 12-31-08

_____
OLIVER W. WANGER
United States District Judge